# Third District Court of Appeal

## State of Florida

Opinion filed January 19, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-592
Lower Tribunal No. 15-8342

————————

## Dr. James Eric McDonough,
Appellant,

vs.

## Alejandro Murguido,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Dr. James Eric McDonough, in proper person.

Weiss Serota Helfman Cole & Bierman, P.L., and Eric L. Stettin (Fort Lauderdale), for appellee.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>Albanese Popkin Hughes Cove, Inc. v. Scharlin</u>, 141 So. 3d 743, 745 (Fla. 3d DCA 2014) ("A trial court's award of costs is reviewed by appellate courts for an abuse of discretion."); <u>In re Amends. to Unif. Guidelines for Tax'n of Costs</u>, 915 So. 2d 612, 616 (Fla. 2005) (stating that the test for awarding costs is whether "all requested costs were reasonably necessary either to defend or prosecute the case at the time the action precipitating the cost was taken."); <u>Markowski v. N. Broward Hosp. Dist.</u>, 894 So. 2d 1077, 1077 (Fla. 4th DCA 2005) (allowing the "taxation of costs for depositions 'used to successfully support a Motion for Summary Judgment'" pursuant to the Statewide Uniform Guidelines for Taxation of Costs (quoting <u>Reeser v. Boats Unlimited, Inc.</u>, 432 So. 2d 1346, 1349 n. 2 (Fla. 4th DCA 1983))).